UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAUNA A. SMITH,

      Plaintiff,

      v.                                Case Number 2:25-cv-1418
                                           Judge Edmund A. Sargus, Jr.

HIGHER EDUCATION LOAN           Magistrate Judge S. Courter M. Shimeall
AUTHORITY OF THE STATE OF
MISSOURI, *et al.*,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff Shauna Smith's Motion to Drop Defendant Experian Information Solutions, Inc. Only. (ECF No. 27.) Plaintiff states that she has reached an amicable resolution with Defendant Experian Information Solutions, Inc. ("Experian") and moves under Federal Rule of Civil Procedure 21 to drop Experian as a party and dismiss her claims against Experian with prejudice, with each party to bear its own costs and fees. (*Id.*)

In a subsequent filing, Plaintiff informed the Court that granting her Motion will not prejudice any party. (ECF No. 31.) She states that two out of three defendants in this case—Experian and Higher Education Loan Authority of the State of Missouri—do not oppose Plaintiff's Motion. (*Id.*) Plaintiff did not receive a response from the third defendant—Equifax Information Services LLC ("Equifax")—regarding her Motion, but Plaintiff and Equifax are in the process of finalizing a settlement in this matter (ECF Nos. 23, 25), so Plaintiff does not anticipate any objection from Equifax. (ECF No. 31.)

Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party" and "[t]he court may also sever any claim against a party." Fed. R.

Civ. P. 21. For good cause shown, the Court **GRANTS** (ECF No. 27) Plaintiff Shauna Smith's

Motion to Drop Defendant Experian Information Solutions, Inc. Only. The Court **DROPS**

Defendant Experian Information Solutions, Inc. as a party and **DISMISSES WITH**

**PREJUDICE** Plaintiff Shauna Smith's claims against Defendant Experian Information

Solutions, Inc., with each party to bear its own costs and fees. The Clerk is **DIRECTED** to

terminate Defendant Experian Information Solutions, Inc. from this case.

This case remains open.

**IT IS SO ORDERED.**

**6/26/2026**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**